IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SILVIA ANDRADE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL[1], | : | |
| Commissioner of Social Security | : | NO. 18-4895 |

O R D E R

AND NOW, this day of December, 2019, for the reasons expressed in the Court's Opinion filed today, it is

ORDERED that the matter be remanded for the taking of further testimony from a vocational expert to determine whether work exists which can be performed by Andrade without accommodation.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. Pr. 25(d); and see 42 USC §405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security … .").